UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WAZIR DAREDIA, ET AL., | § § § | |
| PLAINTIFF, | § § | |
| V. | § § | CIVIL ACTION NO. 4:22-CV-00428-SDJ-CAN |
| AMGUARD INSURANCE COMPANY, ET AL., | § § § § | |
| DEFENDANTS. | § | |

**AGREED MOTION TO DISMISS WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs, Wazir Daredia and Waseem Daredia, and Defendant, Amguard Insurance Company, in the above-referenced suit and file this Agreed Motion to Dismiss with Prejudice.

The parties have reached a settlement and Plaintiffs no longer desires to pursue the claims raised in this matter against Defendants. The parties further agree that each side will bear its own attorney's fees and costs.

For these reasons, Plaintiffs and Defendants request that this Court dismiss, with prejudice, all of the claims that were raised against Defendant in the above-referenced suit.

Respectfully Submitted,

CHAD T. WILSON LAW FIRM, PLLC

By: */s/ Joseph Milenksy*

Chad T. Wilson
Bar No. 24079587
Joseph Milensky
Bar No. 24118231
455 East Medical Center Blvd., Suite 555

Webster, Texas 77598
Telephone: (832) 415-1432
Facsimile: (281) 940-2137
cwilson@cwilsonlaw.com
jmilensky@cwilsonlaw.com

ATTORNEYS FOR PLAINTIFF

THOMPSON, COE, COUSINS & IRONS, LLP

By: */s/ Mary- Ellen King (w/ permission)*

Mark Kressenberg
State Bar No. 11725900
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8210
Fax: (713) 403-8299
Email: mkressenberg@thompsoncoe.com

and

Mary-Ellen King
State Bar No. 24067219
701 Brazos, Suite 1500
Austin, Texas 78701
Telephone: (512) 827-2035
Fax: (512) 708-8777
Email: mking@thompsoncoe.com

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served via electronic filing, in accordance with the Texas Rules of Civil Procedure on April 3, 2023:

MARK KRESSENBERG
State Bar No. 11725900
THOMPSON, COE, COUSINS & IRONS, LLP
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8210
Fax: (713) 403-8299
Email: mkressenberg@thompsoncoe.com

and

MARY-ELLEN KING
State Bar No. 24067219
THOMPSON, COE, COUSINS & IRONS, LLP
701 Brazos, Suite 1500
Austin, Texas 78701
Telephone: (512) 827-2035
Fax: (512) 708-8777
Email: mking@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT AMGUARD INSURANCE COMPANY**

                                                */s/ Joseph Milensky*
                                                Joseph Milensky