UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAZIR DAREDIA, ET AL. | § |
| | § |
| v. | § CIVIL NO. 4:22-CV-428-SDJ |
| | § |
| AMGUARD INSURANCE COMPANY | § |

## ORDER

Before the Court is the parties' Agreed Motion to Dismiss with Prejudice. (Dkt. #30). The Court concludes that the motion should be granted.

It is therefore **ORDERED** that the parties' Agreed Motion to Dismiss with Prejudice, (Dkt. #30), is **GRANTED**. It is further **ORDERED** that all claims asserted in this action are **DISMISSED with prejudice**, with each party bearing its own costs and fees.

The Clerk is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 5th day of April, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE